IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
Case No. 3:20-cv-00072-GCM-DSC

ALLISON MONET HARDIN,

    Plaintiff,

vs.

DUKE ENERGY CORPORATION;
DUKE ENERGY BENEFITS COMMITTEE;
and ALIGHT SOLUTIONS LLC,

    Defendants.

## NOTICE OF SETTLEMENT

Plaintiff Allison Monet Hardin ("Plaintiff") and Defendants Duke Energy Corporation; Duke Energy Benefits Committee; and Alight Solutions, LLC (collectively, "Defendants") hereby notify the Court that the parties reached settlement in this case on May 1, 2020. The parties anticipate filing a Stipulation of Dismissal of this action within the next 30 days, and request that the Court stay all future deadlines in this caseup to and including June 10, 2020.

Respectfully submitted, this the 11th day of May 2020.

| | |
|---|---|
| */s/Bryan L. Tyson* | */s/ Hannah Styron Symonds* |
| Bryan L. Tyson | Hannah Styron Symonds |
| Marcellino & Tyson, PLLC | 8529 Six Forks Road, Forum IV |
| 2820 Selwyn Ave. Suite 350 | Suite 600 |
| Charlotte, NC 28209 | Raleigh, NC 27613 |
| Telephone: (704) 919-1519 | Telephone: (919) 760-4149 |
| Fax: (980) 219-7025 | Facsimile: (919) 783-9412 |
| E-mail: bryan@yourattorney.com | Email: hannah.symonds@ogletree.com |
| | |
| *Attorneys for Plaintiff* | *Attorneys for Defendants* |

CERTIFICATE OF SERVICE

      It is hereby certified that on May 11, 2020 the foregoing Notice of Settlement was filed electronically with the Clerk of Court using the CM/ECF system, which will automatically send email notification of such filing to the following attorneys of record:

Bryan L. Tyson
Marcellino & Tyson, PLLC
2820 Selwyn Ave. Suite 350
Charlotte, NC 28209
E-mail: bryan@yourattorney.com

      By: */s/ Hannah Styron Symonds*
         Hannah Styron Symonds
      8529 Six Forks Road, Forum IV
      Suite 600
      Raleigh, NC 27613
      Telephone: (919) 760-4149
      Facsimile: (919) 783-9412
      Email: hannah.symonds@ogletree.com

*Attorneys for Defendants*

42804301.1